**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 274 MAL 2022

          Respondent             :

                                       :   Petition for Allowance of Appeal
                                         :   from the Order of the Superior Court

          v.                         :

                                         :

JEFFREY ALLEN REID, JR.,             :

                                         :

          Petitioner               :

## ORDER

**PER CURIAM**

       **AND NOW**, this 27th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.